JULIANA DROUS
Attorney at Law SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631

Attorney for Defendant
ANNALIESSE FRANZISKA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00510 PJH |
| Plaintiff, | **STIPULATION AND ORDER RE: MODIFICATION OF TRAVEL CONDITIONS** |
| vs. | |
| ANNALIESSE FRANZISKA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties in the above-entitled action that defendant ANNALIESSE FRANZISKA's travel conditions imposed as a condition of pre-trial release, be modified to allow Ms. Franziska to travel to Joplin, Missouri to attend her son's graduation from Missouri State University. She will travel to Joplin, Missouri on May 11, 2013, and return to Oakland, California on May 13. 2013.

Pre-trial Services Officer Betty Kim has no objection to this travel as long as Ms. Franziska provides Pre-Trial Services an itinerary, along with information regarding where she will be staying while in Joplin, and a telephone number where she can be reached.

Dated: February 26, 2013        /S/Juliana Drouis
                                JULIANA DROUS
                                Attorney for Defendant
                                ANNALIESSE FRANZISKA

Dated: February 26, 2013        /S/ Keslie Stewart
                                KESLIE STEWART
                                Assistant U.S. Attorney

STIPULATION AND ORDER RE:
TRAVEL CONDITIONS                    1

1    IT IS SO ORDERED.

3   Dated: March 1, 2013

_____
Magistrate Judge Laurel Beeler

28  STIPULATION AND ORDER RE: TRAVEL CONDITIONS          2